IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTONIO HEARD,

   Plaintiff,

   v.

WARDEN DREW
BUREAU OF PRISONS,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-2597-TWT

**ORDER**

This is a Bivens action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending dismissing the action as to the individual Defendants and allowing the Plaintiff's Federal Tort Claims Act claim to proceed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED as to the individual Defendants. The FTCA claim may proceed.

SO ORDERED, this 16 day of November, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge